**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITE HERE LOCAL 25,     )<br>          Plaintiff     )<br>                                  )<br>     v.                           )<br>                                  )<br>MADISON LLC, *et al.*,      )<br>          Defendants    )<br>                                  ) | Civil No. 1:11-cv-00062<br>Judge John D. Bates |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties to this matter hereby stipulate to dismissal of this action with prejudice, each party to bear its own costs and fees.

Respectfully submitted,


/s/ Devki K. Virk
Devki K. Virk
dvirk@bredhoff.com
Matthew Clash-Drexler
mcdrexler@bredhoff.com
Osvaldo Vazquez
ovazquez@bredhoff.com
BREDHOFF & KAISER, P.L.L.C.
805 Fifteenth Street, N.W., 10th Floor
Washington, D.C. 20005
(202) 842-2600 (Telephone)
(202) 842-1888 (Facsimile)

*Counsel for Plaintiff UNITE HERE Local 25*

- 2 -

/s/ Eric J. Janson_____
Eric J. Janson (D.C. Bar No. 974395)
ejanson@seyfarth.com
Charles F. Walters (D.C. Bar No. 444529)
cwalters@seyfarth.com
Seyfarth Shaw LLP
975 F Street, NW
Washington, DC 20004-1454
(202) 463-2400 (Telephone)
(202) 641-9232 (Facsimile)

*Counsel for Defendant Loews Madison Operating Corp.*


/s/ Anessa Abrams_____
Gary Lieber (D.C. Bar No. 215483)
Glieber@fordharrison.com
Anessa Abrams (D.C. Bar No. 448789)
Aabrams@fordharrison.com
Ford & Harrison, LLP
1300 19th Street, NW, Suite 300
Washington, D.C. 20036
(202) 719-2000 (Telephone)
(202) 719-2077 (Facsimile)

*Counsel for Defendants Madison Ownership, LLC, and Madison Operating, LLC*


Dated: July 31, 2012

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of July, 2012, a copy of the foregoing document, Joint Stipulation of Dismissal, was served electronically through the Court's Electronic Case Filing (ECF) system, providing notice to counsel of record, as follows:

Charles F. Walters
Eric J. Janson
Seyfarth Shaw, LLP
975 F Street, N.W.
Washington, D.C. 20004
cwalters@seyfarth.com
ejanson@seyfarth.com

*Counsel for Defendant Loews Madison Hotel Corp.*

Gary L. Lieber
Anessa Abrams
Ford & Harrison, LLP
1300 19th Street, NW, Suite 700
Washington, D.C. 20036
glieber@fordharrison.com
aabrams@fordharrison.com

*Counsel for Madison Ownership, LLC, and Madison Operating, LLC*

/s/ Devki K. Virk
Devki K. Virk